VIVIAN Long, Clerk
Seventh District of Texas
Potter County Court Building
501 S. Fillmore. Suit z-A
Amarillo ,Tx 79101 -2449


FILED
APR 13 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

April 6, 2015

Plaintiff
Marcus E. Harper #692332
Clemunt Unit
9601 Spur 591
Amarillo Tx 79107

REcase Number: 07-14-0039T-CV

Trial Court Case No: 97,305-C

    Plaintiff has served a copy to the Trial Court and defendants..
Could you Bring this Motion ADDENDUM ~~To~~ For INTERLOCUTORY APPEAL
to the Honorable Judge Attention and File

Thank you
Marcus Harper

MARCUS EVERETTE HARPER        § COURT OF APPEALS
        Plaintiff

V.                            § SEVENTH DISTRICT OF

TEXAS DEPARTMENT OF
CRIMINAL JUSTICE              § POTTER COUNTY. TEXAS

FILED
APR 13 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

## ADDENDUM TO MOTION
### FOR INTERLOCUTORY APPEAL

To the Honorable Judge of this court:

Comes now Marcus E.Harper seeking to inform / advise the Appeals Court of the following,

Plaintiff/Appellant seeks to add the following to page 4 sec III, sub.(3)

"The M.D. Doctor Sharmila stated that'defendant's failed to follow [her] orders' thats why Plaintiff [was] back [at] the Burn Medical Centor See (Harper pg. 070)..."

### Insert the following

**Why:** +4 Pseudemonas infection where the left leg was in danger of amputation due to the poor medical care at Unit level causing a situation where emergency surgery/skin grafting had to be performed after the infection was brought under control with massive dose of antibiotics. this exacerbated the original pain and suffing and added to the hurrendous scarring. Further the inadequate medical care at that Unit level — causing the plant./appellant to be incapacitated While healing for a much longer recovery period and causing much more extreme mental anguish.

Proper Medical Care could have lessened (instead of heightened) the suffing of this Plaint/App.

### CERTIFICATE OF SERVICE

Plaintiff, dohereby certify that a tue and correct copy of this document was serve upon the trial court clerk Caroline Woodburn,P.O. Box 9570,Amarillo,Tx 79101- 9570. Also the defendants through the Attorney General at P.O.BOX 12578 Capitol Station Austin, Tx 8711 by Placement in the U.S. mail Postage at TDCJ Clements Unit on 6 day of April 2015.

I, Marcus Everette Harper #692332,being presently incarcerated in TDCJ does hereby declare that all of the foregoing is true and

correct to the best of knowledge abd recollection under penalty of perjury(28 U.S.C.§ 1749) on 6 day of April 2015 sworn executed

_Marcus E. Harper_

Marcus E.Harper # 692332
BIll Clements Unit
9601 Spur 591
Amarillo, Tx 79107

2



Marcos Parker #692332
Bill Clements Unit
9601 Spur 591
Amarillo TX 79107

Vivian Long, Clerk
Seventh District of Texas
Potter County Court Building
501 S, Filmore. Suite 2-A
Amarillo TX 79101-2449